# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERNON SNYPE, | : |
|     Plaintiff | :   CIVIL ACTION NO. 3:22-0831 |
| | : |
| v. | :   (JUDGE MANNION) |
| | : |
| J.L. JAMISON, *et al.*, | : |
|     Defendants | : |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's civil action, seeking only injunctive relief is **DISMISSED** as moot.

2. Defendants' motion to dismiss (Doc. 16) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  September 1, 2023
22-0831-01-ORDER